NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1368, -1396

BLACKBOARD, INC.,

Plaintiff-Cross Appellant,

v.

DESIRE2LEARN, INC.,

Defendant-Appellant.

Appeals from the United States District Court for the Eastern District of Texas in case no. 9:06-CV-155, Judge Ron Clark.

ON MOTION

Before PROST, Circuit Judge.

## O R D E R

Desire2Learn Inc. moves without opposition to modify the protective order issued by the United States District Court for the Eastern District of Texas to remove from protection the district court's order denying Desire2Learn's Motion for Supplemental Claim Construction of Claim 36 dated January 29, 2008. Separately, Desire2Learn moves for the court to accept additional bound copies of Joint Appendix Volume 5.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**FEB 2 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2009

JAN HORBALY
CLERK

cc:   Joel M. Freed, Esq.
       Gregory S. Norrod, Esq.
s20